IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT JAHODA,

                  Plaintiff,                        19cv0267
                                                      LEAD CASE

                        v.

POSHMARK, INC.,

                  Defendant.

MATTHEW A. KOLESAR,

                  Plaintiff,
                                              19cv068 Erie
                      v.                        CONSOLIDATED CASE

COSTA DEL MAR, INC.,

                  Defendant.

RON KOLESAR,

                  Plaintiff,                        19cv0069 Erie
                                              CONSOLIDATED CASE

                        v.

ZIPPO MANUFACTURING COMPANY,
INC.,

                  Defendant.

MATTHEW A. KOLESAR,

   Plaintiff,       1:19cv0070 Erie
              CONSOLIDATED CASE
     v.

MODASUITE (US), INC.,

   Defendant.

---

RONALD C. KOLESAR,

   Plaintiff,       1:19cv0071 Erie
              CONSOLIDATED CASE
     v.

GUNTERSVILLE BREATHABLES, INC.,

   Defendant.

---

THOMAS KLAUS, RONALD C. KOLESAR,

   Plaintiffs,      1:19cv0072 Erie
              CONSOLIDATED CASE
     v.

JUSTIN BRANDS, INC.,

   Defendant.

---

MATTHEW A. KOLESAR,

   Plaintiff,       1:19cv073 Erie
              CONSOLIDATED CASE
     v.

DANNER, INC.,

   Defendant.

---

THOMAS KLAUS, MATTHEW A.
KOLESAR,

                              1:19cv074 Erie

        Plaintiff,                    CONSOLIDATED CASE

              v.

DELTA APPAREL, INC., SALT LIFE, LLC,

        Defendants.

_____

RONALD C. KOLESAR,

        Plaintiff,                    1:19cv076 Erie
                                      CONSOLIDATED CASE

              v.

CABOT HOSIERY MILLS, INC.,

        Defendant.

MATTHEW A. KOLESAR,

        Plaintiff,                    1:19cv077 Erie
                                      CONSOLIDATED CASE

              v.

FREE COUNTRY, NEW YORK, LLC,

        Defendant.

MATTHEW A. KOLESAR, THOMAS
KLAUS,

                              1:19cv079 Erie

        Plaintiff,                    CONSOLIDATED CASE

              v.

WATCHISMO, LLC,

        Defendant.

ROBERT JAHODA,

        Plaintiff,                    19cv0272
                                                CONSOLIDATED CASE

               v.

MIZUNO USA, INC.,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,                    19cv0273
                                                CONSOLIDATED CASE

               v.

UNIQLO USA LLC,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,                    19cv0278
                                                CONSOLIDATED CASE

               v.

TOUCHOFMODERN, INC.,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,                    19cv0279
                                                CONSOLIDATED CASE

               v.

OUTDOOR RESEARCH, LLC,

        Defendant.

ROBERT JAHODA,

        Plaintiff,               19cv0284

                                                CONSOLIDATED CASE

             v.

ICEBREAKER NATURE CLOTHING, INC.,

        Defendant.

---

THOMAS KLAUS , ROBERT JAHODA,

        Plaintiffs,             19cv0285

                                                CONSOLIDATED CASE

             v.

ROCKY BRANDS, INC.,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,                19cv0286

                                                CONSOLIDATED CASE

             v.

SIMMS FISHING PRODUCTS, LLC,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,                19cv0289

                                                CONSOLIDATED CASE

              v.

BIT BODY, INC.,

        Defendant.

ROBERT JAHODA,

        Plaintiff,              19cv0290
                                    CONSOLIDATED CASE
            v.

COMBATANT GENTLEMAN, INC.,

        Defendant.

## ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1.      Civil Action Nos. 19-68 Erie, 19-69 Erie, 19-70 Erie, 19-71 Erie, 19-72 Erie, 19-73 Erie,  19-74 Erie, 19-76 Erie, 19-77 Erie, 19-79 Erie, 19-272, 19-273, 19-278, 19-279, 19-284, 19-285, 19-286, 19-289, and 19-290  are hereby consolidated with Civil Action No. 19-267, the lead case as captioned above.

2.      All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 19-267.

3.      The Clerk of Court shall close Civil Action No. 19-68 Erie, 19-69 Erie, 19-70 Erie, 19-71 Erie, 19-72 Erie, 19-73 Erie, 19-74 Erie, 19-76 Erie, 19-77 Erie, 19-79 Erie, 19-272, 19-273, 19-278, 19-279, 19-284, 19-285, 19-286, 19-289, and 19-290.

                          **SO ORDERED** this 22th day of March, 2019.

                          s/Arthur J. Schwab
                          Arthur J. Schwab
                          United States District Judge